No. 23-10159

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

ALEXANDER R. DEANDA, on Behalf of Himself and Others Similarly Situated,

*Plaintiff-Appellee*

v.

XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; JESSICA SWAFFORD MARCELLA, in her official capacity as Deputy Assistant Secretary for Population Affairs; UNITED STATES OF AMERICA,

*Defendants-Appellants*.

On Appeal from the United States District Court,
Northern District of Texas, Amarillo Division
No. 2:20-cv-00092

## UNOPPOSED MOTION OF THE NATIONAL FAMILY PLANNING & REPRODUCTIVE HEALTH ASSOCIATION TO SUBMIT A BRIEF AS *AMICUS CURIAE* IN SUPPORT OF DEFENDANTS-APPELLANTS AND REVERSAL OF THE DISTRICT COURT'S RULING

Chelsea Tejada
*Counsel of Record*
Brigitte Amiri
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2633
ctejada@aclu.org
bamiri@aclu.org

*Counsel for Amicus Curiae*

Pursuant to Federal Rule of Appellate Procedure 29(a) and Fifth Circuit Rule 29.1, the National Family Planning & Reproductive Health Association ("NFPRHA") hereby respectfully moves this Court for leave to file a brief as *amicus curiae* in support of Defendants-Appellants. Counsel for all parties consent to the relief requested in this motion. A copy of the proposed brief is submitted contemporaneously with this motion.

Movant NFPRHA has a strong interest in the outcome of this case. Fed. R. App. P. 29(a)(3)(A). NFPRHA is a national, nonprofit membership organization dedicated to promoting and supporting the work of family planning providers, including Title X-funded health centers, across the country. As the leading national advocacy organization for family planning providers since 1971, NFPRHA has decades of experience with the Title X program. This includes first-hand involvement with the administration of Title X's confidentiality requirements for adolescent patients and institutional knowledge of the statutory and regulatory changes to the program throughout the years. The decision below is contrary to Congress's goals in enacting Title X, and harms the integrity of the Title X program and the people that it serves. Thus, the outcome of this case is of profound interest to NFPRHA, its members, and their patients. *See* Fed. R. App. 29(a)(3)(A).

The proposed brief includes material that is "relevant to the disposition" of Defendants-Appellants' appeal, and which would be "desirable" for the Court to

consider. Fed. R. App. P. 29(a)(3)(B). The issues presented in this case include whether the district court properly considered the plain meaning and legislative history of the Title X statute in determining whether the federal law preempts a Texas parental involvement law. NFPRHA submits this *amicus curiae* brief to provide the Court with additional facts and perspective about Congress's goals in passing and continuously funding Title X; the importance of confidentiality—especially for adolescents—to the integrity of the program; and federal courts' consistent rejection, based on Title X's clear text and legislative history, of state law or federal regulatory attempts to require parental consent in the Title X program.

The proposed brief of 4,955 words complies with the type-volume limitations for an *amicus curiae* brief and is timely because it is filed on May 1, 2023—within seven days of the filing of the Defendants-Appellants' brief. Fed. R. App. P. 29(a)(5)–(6) & 32(a)(7)(B). Pursuant to Federal Rule of Appellate Procedure 29(a)(4)(E), undersigned counsel certifies that no party's counsel authored the proposed brief in whole or in part, and further, that no one—other than *amicus curiae*, its members, or its counsel—contributed money intended to fund preparing or submitting the brief.

# CONCLUSION

The Court should grant NFRPHA's motion for leave to file a brief as *amicus curiae* in support of Defendants-Appellants' appeal and accept for filing the *amicus curiae* brief submitted with this motion.

Dated: May 1, 2023

Respectfully submitted,

*/s/ Chelsea Tejada*

Robin Summers
NATIONAL FAMILY PLANNING &
REPRODUCTIVE HEALTH ASSOCIATION
1025 Vermont Ave. NW, Suite 800
Washington, DC 20005
(202) 293-3114
rsummers@nfprha.org

Chelsea Tejada
*Counsel of Record*
Brigitte Amiri
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2633
ctejada@aclu.org
bamiri@aclu.org

Adriana Piñon
David Donatti
ACLU FOUNDATION OF TEXAS, INC.
5225 Katy Freeway, Suite 350
Houston, TX 77007
(713) 942-8146
apinon@aclutx.org
ddonatti@aclutx.org

*Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system, which will send a notification of such filing to the appropriate counsel.

/s/ *Chelsea Tejada*
Counsel of record for *amicus curiae*

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify that the foregoing complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because the motion contains 467 words, excluding the items exempted by Fed. R. App. P. 27(a)(2)(B) and 32(f). This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Dated: May 1, 2023                               /s/ *Chelsea Tejada*
                                                          Counsel of record for *amicus curiae*