# MITCHELL LAW

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 TEL
(512) 686-3941 FAX
jonathan@mitchell.law

July 5, 2023

Lyle W. Cayce
Clerk of Court
United States Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 South Maestri Place
New Orleans, Louisiana 70130-3408

**Re:**     ***Deanda v. Becerra*, No. 23-10159**

Dear Mr. Cayce:

Plaintiff-appellee Alexander R. Deanda respectfully advises the Court of the recent ruling in *L.W. v. Skrmetti*, No. 3.23-cv-00376 (M.D. Tenn.). The district court in *L.W.* held that a Tennessee law prohibiting gender-transitioning treatment for minors violates the "fundamental right" of parents to direct the medical care of their children, and it subjected the Tennessee law to strict scrutiny. *See* opinion at 10–15; *id*. at 15 ("Given that SB1 infringes on a parent's fundamental right to direct the medical care of that parent's child by banning medical treatments given for particular purposes, SB1 must survive strict scrutiny."). The district court's opinion relied on rulings from other courts that had reached similar conclusions. *See id*. at 14–15 (citing authorities).

We have attached a copy of the *L.W.* opinion to this letter.

Respectfully submitted.

 /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

cc: All counsel (via CM/ECF)                    *Counsel for Plaintiff-Appellee*