**Alexander R. Deanda**,

    Plaintiff-Appellee,

v.

**Xavier Becerra**, et al.,

    Defendants-Appellants.

No. 23-10159

## APPELLEE'S RESPONSE TO SUGGESTION OF MOOTNESS AND MOTION FOR VACATUR

The case is not moot. Plaintiff Alexander R. Deanda has three daughters, and the youngest is still a minor and will not turn 18 until December 28, 2024. *See* Deanda Decl. ¶ 2 (attached as Exhibit 1). Mr. Deanda also attached a sworn declaration to his motion for summary judgment, dated July 23, 2021, stating that all three of his daughters were under the age of 18, which demonstrates that he had standing to sue. ROA.627 (¶ 3) ("I am the father of three daughters under the age of 18."); *Carney v. Adams*, 141 S. Ct. 493, 499 (2020) ("[S]tanding is assessed at the time the action commences" (citation and internal quotation marks omitted)). The Court should deny the motion for vacatur under *United States v. Munsingwear*, 340 U.S. 36 (1950).

Respectfully submitted.

 /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
Texas Bar No. 24075463
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

Dated: February 1, 2024

*Counsel for Plaintiff-Appellee*

# CERTIFICATE OF COMPLIANCE

with type-volume limitation, typeface requirements,
and type-style requirements

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 131 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

2. This motion complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E), 32(a)(5), and Fed. R. App. P. 32(a)(6) because it uses Equity Text B 14-point type face throughout, and Equity Text B is a proportionally spaced typeface that includes serifs.

Dated: February 1, 2024

 /s/ Jonathan F. Mitchell  
Jonathan F. Mitchell  
*Counsel for Plaintiff-Appellee*

# CERTIFICATE OF ELECTRONIC COMPLIANCE

Counsel also certifies that on February 1, 2024, this document was transmitted to Mr. Lyle W. Cayce, Clerk of the United States Court of Appeals for the Fifth Circuit, via the court's CM/ECF document filing system, https://ecf.ca5.uscourts.gov.

Counsel further certifies that: (1) required privacy redactions have been made, 5th Cir. R. 25.2.13; (2) the electronic submission is an exact copy of the paper document, 5th Cir. R. 25.2.1; and (3) the document has been scanned with the most recent version of VirusTotal and is free of viruses.

   /s/ Jonathan F. Mitchell  
Jonathan F. Mitchell  
*Counsel for Plaintiff-Appellee*

# CERTIFICATE OF SERVICE

    I certify that on February 1, 2024, this document was electronically filed with the clerk of the court for the U.S. Court of Appeals for the Fifth Circuit and served through CM/ECF upon:

Abby C. Wright
Courtney L. Dixon
Appellate Staff Civil Division, Room 7246
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 353-8189
abby.wright@usdoj.gov
courtney.l.dixon@usdoj.gov

*Counsel for Defendants-Appellants*

                                             /s/ Jonathan F. Mitchell
                                            Jonathan F. Mitchell
                                            *Counsel for Plaintiff-Appellee*

DocuSign Envelope ID: 30D1F49D-7CBB-4CDB-9DBB-D674E27F6BC8

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**Alexander R. Deanda**,

      Plaintiff-Appellee,

v.

**Xavier Becerra**, et al.,

      Defendants-Appellants.

No. 23-10159

## DECLARATION OF ALEXANDER R. DEANDA

1. My name is Alexander R. Deanda. I am over the age of 18 and fully competent in all respects to make this declaration.

2. I have personal knowledge of the facts stated in this declaration, and all of these facts are true and correct.

3. I am the named plaintiff in this litigation and the appellee in this appeal.

4. I have three daughters. Their dates of birth are July 31, 2003; January 20, 2005; and December 28, 2006. My youngest daughter will not turn 18 until December 28, 2024.

Dated: 2/1/2024

*DocuSigned by:*
*Alexander Ray Deanda*
—7B8B4FC45E97488...
ALEXANDER R. DEANDA